the cause of action alleged, that the daughter was the agent of the defendant in the execution of the papers, and that there was no proof of partnership between the daughter and the mother.

McLENNAN, P. J., dissents, upon the ground that the defendant, by failure to plead copartnership or joint liability, waived the same.

WALSH, Respondent, v. GERLAIRD, Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Jennie Walsh against Peter Gerlaird. J. H. Hickey, for appellant.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

WALTER, Appellant, v. GORMAN, Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by William Walter against William H. Gorman. No opinion. Order of the County Court of Nassau county affirmed, with $10 costs and disbursements.

WARHAFT, Respondent, v. ZASULY, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Sam Warhaft against Mollie Zasuly. No opinion. Judgment of the Municipal Court affirmed, with costs.

WARREN, Respondent, v. SYRACUSE RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Cora B. Warren against the Syracuse Rapid Transit Company. No opinion. Judgment and order affirmed, with costs.

In re WATERBURY. (Supreme Court, Appellate Division, First Department. June 26, 1908.) In the matter of Lawrence Waterbury. No opinion. Order affirmed, with $10 costs and disbursements, without prejudice to the right of the client to bring an action against the attorneys. Order filed.

In re WATER SUPPLY OF CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) In the matter of the application of the city of New York to acquire certain real estate in towns of Carmel and Southeast, Putnam county, and Somers, Westchester county, N. Y., under chapter 490, Laws 1883, for the purpose of a dam, etc., on Croton river, etc.; Croton Falls dam and reservoir (first supplemental proceeding). No opinion. Motion denied.

WATSON, Appellant, v. FRED ADEE CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Andrew Watson against the Fred Adee Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

WEBB et al. v. PARKER et al. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by F. Egerton Webb and another against Susan D. Parker and another. No opinion. Motion denied, with $10 costs. Order filed.

WEIDENKOFER, Appellant, v. CONNOLLY, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by John R. Weidenkofer, an infant, etc., against John W. Connolly, as executor, etc. No opinion. Judgment affirmed, with costs.

WEINSTEIN v. KURSHEEDT MFG. CO. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Pauline Weinstein against the Kursheedt Manufacturing Company. No opinion. Application denied, with $10 costs. Order signed.

WEITSMAN, Appellant, v. BOYTON, Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by James M. Weitsman against Maria Boyton. No opinion. Judgment of the Municipal Court affirmed, with costs.

WERNER v. CADEMARTORI (two cases). (Supreme Court, Appellate Division, First Department. June 12, 1908.) Actions by Rudolph Werner against Joseph Cademartori. No opinion. Motions granted, with $10 costs. Order filed.

WESTON, Respondent, v. INTERNATIONAL PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by James H. Weston against the International Paper Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

WHEELER v. S. OSGOOD PELL & CO. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Howard P. Wheeler against S. Osgood Pell & Co. No opinion. Motion denied.

WHITE, Respondent, v. LAKE SHORE & M. S. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by Jonas J. White against the Lake Shore & Michigan Southern Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., not sitting.

WHITE, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Harry G. White against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, upon questions of law and fact, unless the plaintiff, within 20 days, stipulates to reduce the verdict to the sum of $7,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and,